## STATE OF OREGON,
*Respondent,*

*v.*

## SCOTT JEFFREY LONG,
*Appellant.*

(10-90-10902; CA A71256)

832 P2d 54

Gary D. Babcock, Salem, argued the cause and filed the brief for appellant.

Youlee Yim You, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Sullens,* 106 Or App 590, 809 P2d 700, *rev allowed* 312 Or 80 (1991).